## STATEMENT OF FACTS

This affidavit is in support of an arrest warrant and is intended to establish probable cause for the arrest of OSMAN MOHAMED. This affidavit is not intended to convey all the facts known to law enforcement. The following facts and circumstances set forth in this affidavit are based on information supplied to your affiant by members of law enforcement and a review of reports and camera footage of the incident.

Your affiant is a Metropolitan Police Department (MPD) officer with the Fifth District Crime Suppression Team (CST). On Friday, September 5, 2025, members of the Fifth District CST were engaged in the "Make DC Safe and Beautiful Taskforce" Operations. MPD Officers were part of a federal task force which included HSI, ATF, FBI, DEA, Secret Service Police, and United States Park Police. The CST members were dressed in full MPD Uniform and operating marked police vehicles. All CST members were equipped with working body worn cameras.

At approximately 8:40 p.m., your affiant was driving a marked police vehicle with a fellow MPD Officer in the front passenger seat, a Deputy United States Marshal in the right rear passenger seat, and a DEA Agent in the left rear passenger seat. We were actively patrolling by vehicle traveling westbound in the Unit block of Patterson Street NE when we observed a silver BMW bearing Virginia Registration THX7051 that was occupied, running and illegally parked. Specifically, the vehicle was parked directly in front of an "Emergency No Parking" sign that had the dates of 09/05/2025 to 09/09/2025 restricted and the hours restricted being "24 Hours".

Your affiant brought his vehicle to a stop to make contact with the sole occupant and driver of the silver BMW, later identified as MOHAMED. Your affiant observed white smoke billowing from within the cabin of the vehicle, as MOHAMED had the interior dome light illuminated.

As your affiant exited the marked police vehicle, I began to detect the odor of burnt marijuana emanating from the vehicle. At approximately the same time as I exited my vehicle, MOHAMED exited the silver BMW. MOHAMED was the only individual within the immediate area.

Subsequently, your affiant advised MOHAMED that he was stopped and not free to leave, as the officers investigated the potential public consumption of marijuana.

With MOHAMED stopped, your affiant proceeded to open the driver's side of the door and observed, in plain view, an orange tinted bottle that is consistent with Promethazine. At further inspection, I observed that the label of the Promethazine had been tampered with, and the bottle was approximately ¼ filled (4oz in weight) with a dark in color liquid. With the rear label being observed as clearly tampered with, Officers observed the following warnings label, "CAUTION: Opioid. Risk of overdose with addiction", as is consistent when Promethazine is mixed with Codeine.

A further probable cause search of the remainder of the vehicle revealed the additional following items that were recovered:

- White hand-rolled blunt with a charred tip (located in a cup next to where Defendant Mohamed was seated inside the vehicle).

- Orange prescription bottle with tampered label that consisted of 119 pink / round pills stamped "K 56" (located in the center console of the vehicle).

- Black scale with green-leafy residue (located in the center console of the vehicle).

- Six (6) THC Pens (located in black satchel on driver side floorboard).

- One (1) THC Vape (located in black satchel on driver side floorboard).

- US Currency totaling $1,402.45 (located in black satchel on driver side floorboard).

  - Four (4) $100 bills

  - Fourteen (14) $50 bills

  - Fifteen (15) $20 bills

  - Two (2) $1 bills

  - One (1) 25¢

  - Four (4) 10¢

- Five (5) Mylar bags containing green-leafy substance consistent in appearance with marijuana weighing approximately 91.35g (located in a black backpack in the trunk of the vehicle).

- Three (3) multi-colored Mylar bags containing green-leafy substance consistent in appearance with marijuana weighing approximately 55.86g (located in a black backpack in the trunk of the vehicle).

- Two (2) large Mylar bags containing green-leafy substance consistent in appearance with marijuana weighing 95.22g (located in a black backpack in the trunk of the vehicle).

- One (1) canned Mylar containing green-leafy substance consistent in appearance with marijuana weighing 57.22g (located in a black backpack in the trunk of the vehicle).

In total, officers recovered approximately of 299.96g or 10.6oz of green-leafy substance. An MPD Officer tested a portion of the substance which yielded a positive color reaction to a marijuana-based product at 22:52 hours at the 1st District.

A query from Drugs.com revealed that the pink round pills stamped K56 are consistent with Oxycodone Hydrochloride 10mg. Oxycodone is a Schedule II narcotic controlled substance that requires a valid prescription, meaning it has high potential for abuse.

At the time of recovery, Defendant Mohamed did not have a valid prescription for the recovered Oxycodone Hydrochloride.

2

Based on my training and experience, the quantity of narcotics and the particular packaging of narcotics were consistent with quantities possessed by individuals intending to distribute the substance and inconsistent with possession for personal use.

Furthermore, officers continued the probable cause search and located a Smith & Wesson M&P 40 Shield .40 caliber handgun underneath the floor mat on the right rear passenger side of the vehicle. The recovered firearm has a serial number of JCN4190. At the time of the recovery, the firearm had one (1) live round of ammunition in the chamber and six (6) rounds of live ammunition inside the magazine that had a capacity for seven (7) rounds.

A query revealed that the silver BMW was registered to MOHAMED, and as previously mentioned, he was the sole occupant of the vehicle.

A query utilizing law enforcement tools revealed that MOHAMED had been previously convicted with a crime punishable by more than one year. Specifically, in December 2023, MOHAMED was convicted of felony possession of a Schedule I or II in Arlington County Circuit Court and sentenced to 1 year, 3 months, and 22 days.

Because there are no manufacturers of firearms or ammunition in the District of Columbia, the firearm and ammunition recovered from the silver BMW, necessarily traveled in interstate commerce.

Your affiant submits that probable cause exists to charge MOHAMED with the following charges:

1. Unlawful Possession of a Firearm by a Person Previously Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1); and
2. Unlawful Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1)

Respectfully submitted,

Officer Ryan Orr
MPD

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on September 6, 2025.

MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE

3